IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED: DECEMBER 16, 2008
08CV7192
JUDGE COAR
MAGISTRATE JUDGE VALDEZ
CH

| | |
|---|---|
| EZ4MEDIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE COMPUTER INC., <br><br> Defendant. | Civil Action No. <br><br><br> JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff EZ4Media, Inc. complains of defendant Apple Computer Inc. as follows:

**PARTIES, JURISDICTION AND VENUE**

1.  This is a claim for patent infringement arising under the patent laws of the United States, including 35 U.S.C. § 271. This Court has exclusive jurisdiction over the subject matter of this action under 28 U.S.C. § 1338(a).

2.  EZ4Media Inc., ("EZ4Media") is Nevada corporation with its principal place of business in this judicial district at 2275 Half Day Road, Suite 350, Bannockburn, Illinois. EZ4Media is in the business of designing, manufacturing and selling devices for digital media, including devices covered by patents in this lawsuit.

3.  EZ4Media owns and has all right, title and interest in U.S. Patent No. 7,130,616, which issued on October 31, 2006 ("'the '616 Patent"); U.S. Patent No. 7,142,934, which issued on November 28, 2006 (the "'934 Patent"); U.S. Patent No. 7,142,935, which issued on November 28, 2006 (the "'935 Patent") and U.S. Patent No. 7,167,765, which issued on January

23, 2007 (the "'765 Patent"). EZ4Media obtained all right, title and interest in these patents by assignment from Universal Electronics, Inc. ("UEI") on March 31, 2008.

4. EZ4Media has standing to sue for infringement of the '616, '934, '935 and '765 Patents.

5. EZ4Media has fully complied with the marking requirements of 35 U.S.C. § 287 including, without limitation, by placing the relevant patent numbers on its products, such as EZfetch digital media receiver.

6. Apple Computer Inc. ("Apple") is a California Corporation with its principal place of business at 1 Infinite Loop, 3-PAT, Cupertino, California 95014. Apple sells electronic products throughout the United States, including within this judicial district, and has advertised, sold and offered to sell products within this judicial district that are covered by the claims of the '616, '934, '935 and '765 Patents.

7. EZ4Media has filed two other lawsuits for infringement of its patent rights which are currently pending in this district. The first lawsuit, Civil Action No. 08 C 3729, was assigned to Judge St. Eve and Magistrate Judge Brown. EZ4Media alleges that Logitech International, S.A., Logitech, Inc., NETGEAR, Inc., D-Link Corporation and D-Link Systems have infringed one or more of the '616, '934, '935 and '765 Patents, as well as U.S. Patent No. 7,107,605 ("the '605 Patent"). Generally speaking, the products at issue in Civil Action No. 08 C 3729 are external digital media receivers for connection to stereos or televisions. The Court issued a Scheduling Order on August 27, 2008, and the parties are proceeding with fact discovery which, under the Scheduling Order, must be completed by October 19, 2009. The second lawsuit, Civil Action No. 08 C 3732, was assigned to Judge Andersen and Magistrate Judge Mason. EZ4Media alleges that Pioneer Electronics, Inc., Yamaha Corporation, Yamaha Electronics

Corporation, D&M Holdings LLC and Denon Electronics LLC have infringed one or more of the '616, '934, '935, '765 and '605 Patents. EZ4Media's allegations of infringement originally included Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc., but EZ4Media was able to reach a prompt settlement with the Samsung entities and they have been dismissed from the lawsuit. Generally speaking, the products at issue in Civil Action No. 08 C 3732 are stereo equipment and televisions with integrated digital media receivers. The Court issued a Scheduling Order on October 22, 2008, and the remaining parties are proceeding with fact discovery which, under the Scheduling Order, must be completed by May 21, 2010.

8. In this lawsuit, Apple and EZ4Media have engaged in extensive discussions in an effort to reach an out of court resolution. EZ4Media filed this suit only after this effort failed.

9. Venue is proper in this district under 28 U.S.C. § 1400(b).

**HISTORY OF APPLE'S DEVELOPMENT OF THE INFRINGING PRODUCTS**

10. During the development of Apple TV, Apple hired key members of EZ4Media's predecessor-in-interest UEI's technical staff to work on Apple's consumer entertainment products, including Apple TV. These former UEI employees are Nick Kalyjian, Bruce Edwards and Wendy Goh. Each of these employees had access to UEI's confidential and proprietary information and left UEI for Apple within 30 days of each other in the second quarter of 2005. Apple TV was commercially introduced in September 2006.

11. At the time Apple TV was commercially introduced in September 2006, UEI owned all right, title and interest in the applications for the '616, '934, 935 and '765 Patents. On May 8, 2007, UEI gave Apple written notice of the '616, '934 and '935 Patents and their direct relevance to Apple products, including Apple TV and Airport Express. On August 14, 2007, one week after the '765 Patent issued on August 7, 2007, UEI gave Apple written notice of the direct

relevance of that patent to Apple products, including Apple TV and Airport Express, and also provided Apple with claim charts applying claim 1 of the '616 Patent, claim 1 of the '934 Patent, claim 7 of the '935 Patent and claim 10 of the '765 Patent to Apple TV and Airport Express.

## PATENT INFRINGEMENT

12. The '934, '935 and '765 Patents relate to a device, system and method for streaming digital media (for example, movies, music or pictures) from a server to a playback device, such as a television or a stereo.

13. The '616 Patent relates to a method for automatically transferring audiovisual content from the Internet to a computer and causing a television, in wireless communication with the computer, to play the audiovisual content for viewing.

14. Apple has infringed claims of the '934, '935 and '765 Patents at least by making, using, importing, selling or offering to sell products that are covered by claims of the '934, '935 and '765 Patents, including at least the following Apple products: Apple TV, Airport Express and Apple Macintosh personal computers.  Apple has also induced, aided, abetted, encouraged and contributed to infringement by others.

15. Apple has infringed claims of the '616 Patent at least by making, using, importing, selling or offering to sell products that are covered by claims of the '616 Patent, including at least Apple TV.  Apple also has induced, aided and abetted, encouraged and contributed to the infringement by others.

16. Apple's infringement has injured EZ4Media, and EZ4Media is entitled to recover damages adequate to compensate it for the infringement that has occurred, but in no event less than a reasonable royalty.

17.     The infringement by Apple has injured, and will continue to injure, EZ4Media unless and until such infringement is enjoined by the Court.

18.     Despite the above communications and subsequent communications with EZ4Media following its acquisition of the '616, '934, '935 and '765 Patents, Apple has continued its infringement of the patents without legitimate basis and in an objectively reckless manner.

19.     Apple's infringement, therefore, has been willful and deliberate.

WHEREFORE, plaintiff EZ4Media respectfully requests a judgment against defendant Apple, including its parent corporations, subsidiaries and affiliates, as follows:

A.      A judgment that Apple has infringed the '934, '935, '765 and '616 Patents;

B.      An award of damages adequate to compensate EZ4Media for the infringement, together with prejudgment interest:

C.      Any other damages or other relief permitted under 35 U.S.C. §§ 284 and 285;

D.      An injunction permanently prohibiting Apple and all persons in active concert or participation with Apple, from further acts of infringement of the '934, '935, '765 and '616 Patents; and

E.      Such other further relief as this Court or a jury may deem proper.

**JURY DEMAND**

EZ4Media demands a trial by jury.

December 16, 2008

                              Respectfully submitted,

                              */s/David J. Sheikh*
                              Raymond P. Niro (rniro@nshn.com)
                              Christopher J. Lee (clee@nshn.com)
                              David J. Sheikh (sheikh@nshn.com)
                              Richard B. Megley, Jr. (megleyjr@nshn.com)
                              Lee F. Grossman (lgrossman@nshn.com)
                              NIRO, SCAVONE, HALLER & NIRO
                              181 West Madison Street, Suite 4600
                              Chicago, Illinois 60602
                              (312) 236-0733

                              ***Attorneys for Plaintiff EZ4Media, Inc.***