IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

EZ4MEDIA, INC.,

                Plaintiff,

      v.

APPLE COMPUTER INC. and
MICROSOFT CORPORATION,

                Defendants.

Civil Action No. 08 C 7192

Honorable David H. Coar
Magistrate Judge Valdez

JURY TRIAL DEMANDED

**NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE,
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Plaintiff, EZ4Media, Inc. ("EZ4Media") hereby dismisses, without prejudice, this action

against Defendants, Apple Computer Inc. ("Apple") and Microsoft Corporation ("Microsoft").

Neither Apple nor Microsoft has filed or served an answer EZ4Media's complaint, a

motion for summary judgment or any other responsive pleading.

Respectfully submitted,

*/s/David J. Sheikh*
Raymond P. Niro
Christopher J. Lee
David J. Sheikh
Richard B. Megley, Jr.
Lee F. Grossman
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602
(312) 236-0733
Fax:  (312) 236-3137

***Attorneys for EZ4Media, Inc.***

**CERTIFICATION OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** was electronically filed with the Clerk of Court using CM/ECF system, which will send notification by electronic mail to the following:

> Richard A. Cederoth (rcederoth@sidley.com)
> Constantine Koutsoubas (dkoutsoubas@sidley.com)
> SIDLEY AUSTIN LLP
> One South Dearborn
> Chicago, Illinois  60603
> Phone: (312) 853-7000
> Fax:  (312) 853-7036
>
>
> ***Attorneys for Apple Computer Inc.***
> ***and Microsoft Corporation***
>
> Tigran Vardanian (tigran.vardanian@lw.com)
> LATHAM & WATKINS LLP
> 233 South Wacker Drive, Suite 5800
> Chicago, Illinois 60606
> Phone: (312) 876-7700
> Fax:  (312)
>
> ***Attorneys for Apple Computer Inc.***

on this 5th day of March, 2009.

> *                         /s/David J. Sheikh                         *